IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:16-cv-596-TWP-MPB |

**JOINT MOTION TO EXTEND THE CLOSE OF EXPERT DISCOVERY IN THE CASE MANAGEMENT PLAN**

Plaintiff, Eli Lilly and Company ("Lilly"), by counsel, and Defendant, Teva Pharmaceuticals USA, Inc. ("Teva"), by counsel, file this Joint Motion to Extend the Close of Expert Discovery in the Case Management Plan (D.E. 92) and state as follows:

1. On May 25, 2017, the Court granted Teva's Unopposed Motion to Extend Deadlines in the Case Management Plan and extended the close of expert discovery to September 15, 2017. (D.E. 92.)

2. The parties require additional time for the purpose of completing expert depositions.

3. In order to allow the parties time to complete expert depositions, the parties have agreed to extend the close of expert discovery to November 15, 2017.

4. This request is not made for the purpose of delay. At this time, the parties do not anticipate that this extension will affect the dates for the final pretrial conference and trial.

WHEREFORE, the parties respectfully request that the Court extend the deadline for close of expert discovery to November 15, 2017 and for all other just and proper relief in the premises.

Date: September 21, 2017

Respectfully submitted,

By: _/s/ Anne N. DePrez_
Jan M. Carroll, #4187-49
Anne N. DePrez, #4728-29
BARNES & THORNBURG LLP

L. Scott Burwell
Shana K. Cyr
Charles E. Lipsey
Alissa K. Lipton
Laura P. Masurovsky
J. Derek McCorquindale
Yi Sun
FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER, LLP

Manisha Arvind Desai
ELI LILLY & COMPANY

Attorneys for Plaintiff
Eli Lilly and Company

Respectfully submitted,

By: _/s/ Kandi Kilkelly Hidde_
Kandi Kilkelly Hidde, #18033-49
Jenai M. Brackett, #30025-49
FROST BROWN TODD LLC

J. Anthony Downs (*admitted PHV*)
Emily L. Rapalino (*admitted PHV*)
Calvin E. Wingfield Jr. (*admitted PHV*)
Michael B. Cottler (*admitted PHV*)
Alexandra D. Valenti (*admitted PHV*)
Brigid M. Morris (*admitted PHV*)
GOODWIN PROCTER LLP

Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jan M. Carroll
Anne N. DePrez
BARNES & THORNBURG LLP
jan.carroll@BTLaw.com
anne.deprez@btlaw.com

L. Scott Burrell
Shana K. Cyr
Charles E. Lipsey
Alissa K. Lipton
Laura P. Masurovsky
Jennifer M. Vein
J. Derek McCorquindale
Yi Sun
FINNEGAN, HENDERSON, FARABOW,

GARRET & DUNNER, LLP
scott.burwell@finnegan.com
shana.cyr@finnegan.com
charles.lipsey@finnegan.com
alissa.lipton@finnegan.com
laura.masurovsky@finnegan.com
jennifer.vein@finnegan.com
derek.mccorquindale@finnegan.com
yi.sun@finnegan.com

*/s/ Kandi Kilkelly Hidde*
Kandi Kilkelly Hidde

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
khidde@fbtlaw.com
jbrackett@fbtlaw.com

GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-459-7049
Fax: 212-355-3333
cwingfield@goodwinprocter.com
bmorris@goodwinprocter.com
jdowns@goodwinprocter.com
erapalino@goodwinprocter.com
avalenti@goodwinprocter.com
mcottler@goodwinlaw.com

LR12828.0636159 4831-8086-3567v2