UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:16-cv-596-TWP-MPB<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND THE EXHIBIT LIST EXCHANGE DEADLINE
IN THE CASE MANAGEMENT PLAN**

Plaintiff Eli Lilly and Company ("Lilly") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") (collectively "the Parties"), by counsel, file this Joint Motion to Extend the Exhibit List Exchange Deadline in the Case Management Plan (D.I. 92) and state as follows:

1. On May 25, 2017, the Court granted Teva's Unopposed Motion to Extend Deadlines in the Case Management Plan and extended the deadline for the Parties to file and serve their final witness and exhibit lists to December 1, 2017. (D.I. 92; *see also* D.I. 46 § V.C.)

2. Following the recent close of expert discovery on November 15, 2017, the Parties are currently engaged in preparing pre-trial submissions and have devoted significant time and resources to those efforts.

3. To allow the Parties additional time to prepare the exhibit lists, the Parties have agreed to and request an extension of the deadline to file and serve their exhibit lists to December 29, 2017.

- 2 -

4. This request is not made for the purpose of intentional delay. At this time, the Parties do not anticipate that this extension will affect the deadline to file and serve their final witness lists on December 1, 2017, or any other Case Management Plan deadline (D.I. 46, 55, 88, 92, 107), except as expressly modified herein. No change, for example, to the dates for the final pretrial conference and trial is requested.

WHEREFORE, the Parties, by and through counsel, respectfully move the Court to extend the deadline for the Parties to file and serve their exhibit lists to December 29, 2017.

| | |
|---|---|
| By: */s/ Alexandra D. Valenti (with permission)*<br>Alexandra D. Valenti<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 459-7351<br>avalenti@goodwinlaw.com<br><br>*Counsel for Defendant*<br>Teva Pharmaceuticals USA, Inc. | By: */s/ Laura P. Masurovsky*<br>Laura P. Masurovsky<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRET & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 408-4043<br>laura.masurovsky@finnegan.com<br><br>*Counsel for Plaintiff*<br>Eli Lilly and Company |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2017, JOINT MOTION TO EXTEND THE EXHIBIT LIST EXCHANGE DEADLINE IN THE CASE MANAGEMENT PLAN was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kandi Kilkelly Hidde, No. 18033-49
Jenai M. Brackett, No. 30025-49
FROST BROWN TODD, LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, Indiana 46244-0961
(317) 237-3800
khidde@fbtlaw.com
jbrackett@fbtlaw.com

J. Anthony Downs
Emily L. Rapalino
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
jdowns@goodwinprocter.com
erapalino@goodwinprocter.com

Michael B. Cottler
Calvin E. Wingfield Jr.
Brigid M. Morris
Alexandra D. Valenti
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
mcottler@goodwinprocter.com
cwingfield@goodwinprocter.com
bmorris@goodwinprocter.com
avalenti@goodwinprocter.com

*Attorneys for Defendant*
Teva Pharmaceuticals USA, Inc.

                                                                            */s/ Laura P. Masurovsky*